# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**CLIFF SMITH,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO. C2-11-777**
**DEANNA RYBEK, et al.,**      **JUDGE EDMUND A. SARGUS, JR.**
                                                               **MAGISTRATE JUDGE TERENCE P. KEMP**

      **Defendants.**

___      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X      **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed July 24, 2012, JUDGMENT is hereby entered DISMISSING this case.**

Date: July 24, 2012                                    JAMES BONINI, CLERK

                                                             */S/ Andy F. Quisumbing*
                                                             (By) Andy F. Quisumbing
                                                             Courtroom Deputy Clerk